February 24, 2010     UNCLAIMED FUNDS          PAGE 2

#60531 FILED 2010 FEB 25 PM 2:53 CLERK OF BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CANTON

04-66386    MICHAEL & PENNY THOMPSON
            CREDITOR DID NOT CASH CHECK
            CHECK #413856 FOR $11.96
            AMERICAN TAX FUNDING
            C/O JOHN N. ZOMOIDA
            100 FEDERAL PLAZA EAST
            YOUNGSTOWN, OH 44703-1893

(05-66419)  JAMES DUNBAR
            CREDITOR DID NOT CASH CHECK
            CHECK #413857 FOR $149.98
            AMERICAN TAX FUNDING LLC
            C/O STARK COUNTY TREASURER
            110 CENTRAL PLAZA SUITE 250
            CANTON, OH 44702

05-66419    JAMES DUNBAR
            CREDITOR DID NOT CASH CHECK
            CHECK #413858 FOR $98.03
            AMERICAN TAX FUNDING LLC
            C/O STARK COUNTY TREASURER
            110 CENTRAL PLAZA SUITE 250
            CANTON, OH 44702

05-66419    JAMES DUNBAR
            CREDITOR DID NOT CASH CHECK
            CHECK #413859 FOR $39.06
            AMERICAN TAX FUNDING LLC
            C/O STARK COUNTY TREASURER
            110 CENTRAL PLAZA SUITE250
            CANTON, OH 44702

~~04063232~~
04-63232    ALAN & STACIA HEDRICK
            CREDITOR DID NOT CASH CHECK
            CHECK #413860 FOR $352.78
            COUNTRYWIDE HOME LOANS
            7105 CORPORATE DRIVE
            MAIL STOP: PTX B 209
            PLANO, TX 75024